THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* BENJAMIN ROCKOWER, Respondent.

Argued March 8, 1944; decided April 20, 1944.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for appellant.

*J. Visel* and *Joseph A. Lonardo* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.